IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRIAN KOEHLER,

      Appellant,

v.

PAMELA DIXON OBO
KATHERINE ELIZABETH,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2167

_____/

Opinion filed June 1, 2015.

An appeal from the Circuit Court for Dade County.
L. P. Haddock, Judge.

Brian Keith Koehler, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.